FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2023

No. 04-22-00871-CR

Sean Michael **FOXX**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR8672A
Honorable Mary D. Roman, Judge Presiding

# O R D E R

Appellant Sean Michael Foxx entered into a plea bargain with the State, pursuant to which he pleaded nolo contendere to the charged offense. The trial court imposed a sentence on January 13, 2014 in accordance with the agreement and signed a certificate stating this "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). This court must dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record." *Id*. The clerk's record includes the written plea bargain agreement. *See id.* 25.2(d). The record establishes the punishment assessed by the court does not exceed the punishment recommended by the prosecutor and agreed to by the defendant. *See id.* 25.2(a)(2). The record also appears to support the trial court's certification that Appellant does not have a right to appeal. *See Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005) (holding court of appeals should review clerk's record to determine whether trial court's certification is accurate).

The record further demonstrates Appellant did not file a motion for new trial. Therefore, a notice of appeal was due February 12, 2014, or the notice and a motion for extension of time to file, were due fifteen days later on February 27, 2014. TEX. R. APP. P. 26.2(a)(1), 26.3. The record contains a notice of appeal file stamped December 9, 2022. See TEX. R. APP. P. 26.3.

We therefore **order** appellant to file a response, by **January 26, 2023**, establishing (1) the notice of appeal was timely filed by mail **and** (2) an amended certification showing he has the right to appeal has been made part of the appellate record. *See* TEX. R. APP. P. 25.2(d), 26.2, 26.3, 37.1. If a supplemental clerk's record is required to show appellant has the right to appeal, appellant must request a supplemental record from the trial court clerk and file a copy of

the request with this court. If appellant fails to satisfactorily respond to this order within the time provided, the appeal will be dismissed.

We **order** all appellate deadlines suspended until further order of the court. We further **order** the clerk of this court to serve copies of this order on the attorneys of record and the court reporter.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2023.



_____
MICHAEL A. CRUZ, Clerk of Court